# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1905WM

_____

James Albert McKines,                    *
                                         *
            Appellant,                   *
                                         *    Appeal from the United States
     v.                                  *    District Court for the Western
                                         *    District of Missouri.
United States of America; Attorney       *
General, Of the State of Nevada,         *        [UNPUBLISHED]
                                         *
            Appellees.                   *

_____

Submitted: August 14, 1998
    Filed: August 18, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

James Albert McKines appeals the district court's denial of McKines's motion under Federal Rule of Criminal Procedure 41(e) for the return of property seized when he was arrested for drug trafficking. We have carefully reviewed the record and the parties' briefs, and conclude the district court did not abuse its discretion in declining to exercise its equitable jurisdiction in this matter. See Ramsden v. United States, 2 F.3d 322, 324 (9th Cir. 1993) (standard of review), cert. denied., 511 U.S. 1058 (1994). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.